

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00331-CR

_____

## EX PARTE FELICIANO SALDIVAR,

_____

**From the 40th District Court
Ellis County, Texas
Trial Court No. 26149CR/A**

_____

## MEMORANDUM  OPINION

_____

Feliciano Saldivar has filed a petition for writ of habeas corpus with respect to his felony conviction. This court, as an intermediate court of appeals, has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See Ex parte Martinez,* 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) ("Our law requires post-conviction applications for writs of habeas corpus, for felony cases in which the death penalty was not assessed, to be filed in the court of original conviction, made returnable to the Texas Court of Criminal Appeals.") (citing TEX. CODE CRIM. PROC. ANN. art. 11.07(3)(a), (b)).

Because we have no jurisdiction over this post-conviction habeas corpus proceeding, we dismiss it.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed October 19, 2011
Do not publish
[OT06]